**No. 63264.**—Associated Metals & Minerals Corp. *v.* United States, protest 58/14636 (New York).

Opinion by JOHNSON, J. It was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that one bag, reported by the inspector as manifested, not found, was not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon the one bag of merchandise, which was reported by the inspector as manifested, not found. The protest was sustained to this extent.

**No. 63265.**—Austin Nichols & Co., Inc., et al. *v.* United States, protests 231866–K/ 6021, etc. (Chicago).

Opinion by JOHNSON, J. At the trial, it was stipulated that there was a shortage of 35 bottles as to entry 5336 (protest 231866–K) and of 2 cases and 6 bottles as to entry 1935 (protest 235659–K(B)), for which no allowance had been made. In accordance with stipulation of counsel and following *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351), it was held that duty and internal revenue tax are not assessable upon the shortshipped merchandise.